# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

m. 99-21175
Summary Calendar
_____

CAROLYN WILLIAMS,

Plaintiff-Appellant,

VERSUS

WILLIAM RIGG COMPANY
AND
CECIL Y. RAY, JR.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas

_____

July 11, 2000

Before SMITH, BARKSDALE, and
PARKER, Circuit Judges.

PER CURIAM:[*]

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Carolyn Williams appeals a summary judgment in favor of defendants William Rigg Company and Cecil Y. Ray, Jr., dismissing her claims that she was wrongfully discriminated, harassed, and retaliated against based on her sex, religion, and age in violation of title VII, 42 U.S.C. § 2000e *et seq.,* and the Age Discrimination in Employment Act, 29 U.S.C. § 626 *et seq.* For the reasons stated in the thorough and well-reasoned opinion of the

district court, the judgment is AFFIRMED.